Same memorandum as in *Matter of Mroczka* (39 AD3d 1285 [2007]). Present—Gorski, J.P., Lunn, Fahey, Green and Pine, JJ.

■ In the Matter of STANISLAW F. MROCZKA, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [832 NYS2d 849]—Order of disbarment entered. Memorandum: Respondent's unexcused failure to appear or answer the petition constitutes a default (*see Matter of Zankowski,* 37 AD3d 1206; *Matter of Swartz,* 34 AD3d 1369 [2006]). Present—Gorski, J.P., Lunn, Fahey, Green and Pine, JJ.

■ In the Matter of STANISLAW F. MROCZKA, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [832 NYS2d 849]—Motion for order suspending respondent pursuant to 22 NYCRR 1022.20 (e) denied as unnecessary. Present—Gorski, J.P., Lunn, Fahey, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK MITCHELL, Appellant. [833 NYS2d 422]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Gorski and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN HORACE, Appellant. [833 NYS2d 422]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Centra and Lunn, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD C. BRINK, Appellant. [833 NYS2d 422]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Lunn and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CONSTANTINE L. JACKSON, Appellant. [833 NYS2d 422]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Smith, Centra and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOE GREEN, JR., Also Known as JOSEPH GREEN, JR., Appellant. [833 NYS2d 422]—Motion for writ of error coram nobis denied. Present—Gorski, J.P., Smith, Lunn and Pine, JJ.

■ BI-ECONOMY MARKET, INC., Appellant, v HARLEYSVILLE INSURANCE COMPANY OF NEW YORK et al., Respondents. [833 NYS2d 422]—Motion for leave to appeal to the Court of Appeals granted. Present—Gorski, J.P., Martoche, Smith, Green and Pine, JJ.

■ OPTIC PLUS ENTERPRISES, LIMITED, Appellant, v BAUSCH & LOMB INCORPORATED et al., Respondents. (Appeal No. 1.) [833